958 F.2d 362
 69 A.F.T.R.2d 92-890
 Birth (Robert E., Lorraine)
v.
U.S., Roddy (Charles), Saideman (Ruben), Scott (Clemence),
Egger (Rosco, Jr.), Ridioutte (J.T.), Brazitis (Peter),
Gerber (Joel), Abele (Joseph), Gaston (David), Snyder
(Timothy), Goldberg (Fred), Chivatero (Jack), Simpson
(James), Archer (Glenn, Jr.), Olsen (Roger), Paup (Michael),
Miller (Gayle), Morgan (Nancy), Stahnten (Robert), Nelson
(William), Sude (Paul), Marasciulo (Theodore, [r.),
Redlinger (G.), Lenahan (Raymond), Devine (Edward
 NO. 91-5696
 United States Court of Appeals,
Third Circuit.
 Feb 28, 1992
 
 Appeal From: M.D.Pa.,
 McClure, J.,
 
 782 F.Supp. 289
 
 1
 AFFIRMED.